March 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER HOUSTON,
Appellant

NO. 14-12-00620-CV                        V.

RUSSELL DESOTO AND JUDY DESOTO, Appellees

_____

This cause, an appeal from an interlocutory order in favor of appellees was heard on the transcript of the record. We have inspected the record and find error. We therefore order the interlocutory order of the court below **REVERSED** and **RENDER** judgment dismissing all of appellees' claims against appellant for want of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellees.

We further order this decision certified below for observance.